# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*9:39 am, May 26, 2026*
JEFFREY P. COLWELL, CLERK

**REX A. FREDERICKSON,**
Plaintiff,

v.

**DAVID AYRAUD, et al.,**
Defendants.

**Case No. 1:26-cv-01997-RTG**

## PLAINTIFF'S OBJECTION TO DEFENDANT ROBERT THAYER'S MOTION FOR TEMPORARY STAY

Plaintiff Rex A. Frederickson, proceeding pro se, respectfully objects to Defendant Robert Thayer's Motion for Temporary Stay of Proceedings. In support of this Objection, Plaintiff states as follows:

Defendant Robert Thayer has not been formally served with the Complaint in this action. Until he is served in accordance with Federal Rule of Civil Procedure 4, Thayer is not yet a proper party to this case. A non-party lacks standing to seek affirmative relief from this Court, including a stay of proceedings.

Additionally, Thayer has not filed a Notice of Appearance. Instead, he has attempted to insert himself into this proceeding by filing a motion before being brought into the case through proper service. This approach is procedurally improper.

Even if this Court were to construe Defendant Thayer's filing of the instant motion as a voluntary appearance or a waiver of formal service, Plaintiff respectfully requests that the Court enter an order on the record deeming service complete by virtue of that appearance, even if premature. Having chosen to participate in this action prior to formal service, Thayer should not be permitted to later claim he was never properly joined as a party.

Even if the Court accepts Thayer's filing as an appearance, the requested stay should still be denied. The competency hearing in the related state criminal matter is scheduled for June 3, 2026 — only ten

days from the date Thayer filed his motion. There is no legitimate basis to pause this federal case for such a brief period.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendant Robert Thayer's Motion for Temporary Stay in its entirety.

Respectfully submitted this 24 day of May, 2026.



**Rex A. Frederickson**
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24 day of May, 2026, I served a true and correct copy of the foregoing Plaintiff's Objection to Defendant Robert Thayer's Motion for Temporary Stay upon the following parties via the Court's CM/ECF system and/or directly by E-Mail:

- Defendant Robert Thayer (at the address listed on the docket) alexgrove2022@gmail.com
- All other parties who have appeared or are otherwise entitled to service



**Rex A. Frederickson**