IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01997-RTG

REX FREDERICKSON,

     Plaintiff,

v.

DAVID AYRAUD,
BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF LARIMER
     COLORADO,
CHAD GREY, in his individual capacity,
DAVID ARCHBELL,
CITY OF FORT COLLINS, a Colorado Municipal corporation,
JEANNINE S. HAAG, in her individual capacity,
JOHN J. FEYEN, in his individual and official capacity,
JEFF SWOBODA, in his individual and official capacity,
ROBERT THAYER, and
JOHN DOE DEFENDANTS 1-10, in their individual and official capacities,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

     Defendant Robert Thayer's Motion to Temporarily Stay Proceedings and Deadlines Pending Plaintiff's Scheduled Competency Determination (ECF No. 5) is **denied without prejudice as moot**.   The time for filing an answer or response is tolled while this case is under initial review.   *See* D.C.COLO.LCivR 8.1(a).   No answer or response is due from any defendant until further order of the Court.   Service of process is premature while this case is under initial review under D.C.COLO.LCivR 8.1.


Dated:   June 1, 2026

---