IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01997-RTG

REX ALLEN FREDERICKSON,

      Plaintiff,

v.

DAVID AYRAUD, in his individual and official capacity,
BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF LARIMER,
      COLORADO
CHAD GREY, in his individual and official capacity,
DAVID ARCHBELL,
CITY OF FORT COLLINS, a Colorado municipal corporation,
JEANNINE D. HAAG, in her official capacity only,
JOHN J. FEYEN, in his individual and official capacity,
JEFF SWOBODA, in his individual and official capacity,
ROBERT THAYER,
JOHN DOE DEFENDANTS 1-10, in their individual and official capacities,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Rex Allen Frederickson is a resident of Wellington, Colorado. Plaintiff commenced this action *pro se* on May 6, 2026, by filing a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). He thereafter filed two more Complaints (ECF Nos. 6, 7), followed, on June 22, 2206, by a motion to file a fourth Complaint, titled "Second Amended Complaint" (ECF Nos. 10, 10-1). The June 22 motion (ECF No. 10) will be granted to the extent it requests leave to file an amended pleading, and the Clerk of Court will be directed to enter separately the "Second Amended Complaint" (ECF No. 10-1), which is

1

now the operative pleading in this action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the "Second Amended Complaint" (ECF No. 10-1) is deficient as described in this order.  Plaintiff is directed to cure the following deficiencies to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**Application to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) __         is not submitted
(2) __         is missing signed affidavit
3) __          is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __         is missing certificate showing current balance in prison account
(5) __         is missing required financial information
(6) __         is missing authorization to calculate and disburse filing fee payments
(7) __         is missing an original signature by the prisoner
(8) __         is not on proper form
(9) __         names in caption do not match names in caption of complaint, petition or habeas application
(10) __        other:

**Complaint, Petition or Application**:
(11) __        is not submitted
(12) __        is not on proper form
(13) __        is missing an original signature by the plaintiff
(14) __        is missing page nos. ___
(15) __        uses et al. instead of listing all parties in caption
(16) __        names in caption do not match names in text
(17) __        addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) **XX**    **other:**

- **The Complaint may not exceed thirty pages in length.**

- **Plaintiff may not alter the court-approved form.**

- **If additional space is needed in Section D. of the Complaint form to describe a claim or assert additional claims, Plaintiff may attach to the Complaint form additional pages to continue his claim or assert additional claims, as explained in the**

2

**instructions under Section D.  The allowed attached pages are merely a continuation of Section D. <u>and must comply with the instructions for and formatting of section D.</u>  Pursuant to that formatting, Plaintiff must identify each legal claim (e.g., "CLAIM ONE: _____"), and, as required on the form, and must state all "Supporting facts" pertaining to that claim underneath that claim.  Plaintiff should not rely on a general, lengthy introductory narrative statement which does not comply with the formatting and requirements of the court-approved Complaint form and which renders unclear which allegations therein apply to which claims and which defendants. Plaintiff should simply fill out the form as indicated by identifying each claim, and, under the claim, stating the facts that support that claim, as required on the form.**

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Complaint form, which is available, along with the applicable instructions, at www.cod.uscourts.gov.  The form must be completed in full.  The pleading must not exceed thirty pages in length.  It is

FURTHER ORDERED that, if Plaintiff fails to cure all the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  It is

FURTHER ORDERED that the "Motion for Leave to File Second Amended Complaint" (ECF No. 10) is **granted** to the extent that it requests leave to file an amended pleading, and the Clerk of Court is **directed** to enter separately on the docket Plaintiff's "Second Amended Complaint" (ECF No. 10-1).  The motion is **denied** to the

extent that it requests any additional relief.

DATED June 23, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge